UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                     )   Case No. 17-13855
                                           )
Hacker, John R.                            )
                                           )
                                           )
                                           )
                                           )
              Debtor(s)                    )

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on September 25, 2018, in Courtroom 682**, Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: August 23, 2018                      By: /s/ Richard M. Fogel
                                                              Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@foxrothschild.com
**UST Form 101-7-NFR (10/1/2010)**

{4273 NTC A0501109.DOC}
58466619.v1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division DIVISION

In re: HACKER, JOHN R. § Case No. 17-13855
§
§
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of: | $ 3,400.00 |
| and approved disbursements of: | $ 121.82 |
| leaving a balance on hand of[1]: | $ 3,278.18 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 3,278.18 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Richard M. Fogel | 850.00 | 0.00 | 850.00 |
| Trustee, Expenses - Richard M. Fogel | 3.76 | 0.00 | 3.76 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $ 853.76 |
| Remaining balance: | $ 2,424.42 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,424.42

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,424.42

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $36,107.68 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | 18,929.18 | 0.00 | 1,270.98 |
| 2 | Midland Funding, LLC Midland Credit Management, Inc. as agent for Midland Funding, LLC | 5,042.37 | 0.00 | 338.57 |
| 3 | Midland Funding, LLC Midland Credit Management, Inc. as agent for Midland Funding, LLC | 4,379.07 | 0.00 | 294.03 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 4 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY Bank (WAL-MART) | 233.32 | 0.00 | 15.67 |
| 5 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY BANK (AMAZON.COM STORE CARD) | 2,326.22 | 0.00 | 156.19 |
| 6 | COMENITY CAPITAL BANK C/O Weinstein & Riley P.S. | 5,197.52 | 0.00 | 348.98 |

Total to be paid for timely general unsecured claims:   $   2,424.42
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared By: /s/ Richard M. Fogel
                              Trustee

Richard M. Fogel
321 N. Clark St. #800
Chicago, IL 60654
(312) 276-1334
rfogel@foxrothschild.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                        Case No. 17-13855-JBS
John R Hacker                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: moneal              Page 1 of 1             Date Rcvd: Aug 24, 2018
                              Form ID: pdf006           Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2018.
db            +John R Hacker,    3620 W 116th St,    Chicago, IL 60655-3672

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
26197875      +E-mail/Text: bncmail@w-legal.com Aug 25 2018 00:53:14      COMENITY CAPITAL BANK,
               C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
25927373       E-mail/Text: mrdiscen@discover.com Aug 25 2018 00:52:11      Discover Bank,
               Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
26152245      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 25 2018 00:52:54      Midland Funding, LLC,
               Midland Credit Management, Inc. as agent,    Midland Funding, LLC,   PO Box 2011,
               Warren, MI 48090-2011
26193033       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 25 2018 01:17:52
                Portfolio Recovery Associates, LLC,    Successor to SYNCHRONY BANK,   (AMAZON.COM STORE CARD),
                POB 41067,   Norfolk, VA 23541
26172458       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 25 2018 01:17:30
                Portfolio Recovery Associates, LLC,    Successor to SYNCHRONY Bank,   (WAL-MART),    POB 41067,
                Norfolk, VA 23541
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Shaw Fishman
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2018                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2018 at the address(es) listed below:
              Dana N O'Brien    on behalf of Creditor    Pacific Union Financial, LLC dana.obrien@mccalla.com,
               NDistrict@mccalla.com
              Kinnera  Bhoopal    on behalf of Creditor    Pacific Union Financial, LLC
               kinnera.bhoopal@mccalla.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M. Fogel    on behalf of Trustee Richard M. Fogel rfogel@shawfishman.com,    il72@ecfcbis.com
              Richard M. Fogel     rfogel@foxrothschild.com,    il72@ecfcbis.com
              Ted  Smith    on behalf of Debtor 1 John R Hacker ted.smith@smithortiz.com,
               raquel.ortiz@smithortiz.com;smithtr51348@notify.bestcase.com
                                                                                              TOTAL: 6