**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: HACKER, JOHN R. § Case No. 17-13855
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $204,716.00 *(without deducting any secured claims)* | Assets Exempt: $30,915.00 |
| Total Distributions to Claimants: $2,424.42 | Claims Discharged Without Payment: $60,424.26 |
| Total Expenses of Administration: $975.58 | |

    3) Total gross receipts of $3,400.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $3,400.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $213,425.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $975.58 | $975.58 | $975.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $57,417.00 | $36,107.68 | $36,107.68 | $2,424.42 |
| **TOTAL DISBURSEMENTS** | $270,842.00 | $37,083.26 | $37,083.26 | $3,400.00 |

4) This case was originally filed under chapter 7 on 05/02/2017. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   11/05/2018        By: /s/ Richard M. Fogel
                                Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| BANK ACCOUNTS | 1129-000 | $3,400.00 |
| **TOTAL GROSS RECEIPTS** | | **$3,400.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Pacific Union Financia | 4110-000 | $213,425.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$213,425.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 2100-000 | NA | $850.00 | $850.00 | $850.00 |
| Trustee, Expenses - Richard M. Fogel | 2200-000 | NA | $3.76 | $3.76 | $3.76 |
| Bond Payments - International Sureties, Ltd. | 2300-000 | NA | $1.82 | $1.82 | $1.82 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $120.00 | $120.00 | $120.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $975.58 | $975.58 | $975.58 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | 7100-000 | $18,929.00 | $18,929.18 | $18,929.18 | $1,270.98 |
| 2 | Midland Funding, LLC Midland Credit Management, Inc. as agent for Midland Funding, LLC | 7100-000 | $5,042.00 | $5,042.37 | $5,042.37 | $338.57 |
| 3 | Midland Funding, LLC Midland Credit Management, Inc. as agent for Midland Funding, LLC | 7100-000 | $4,379.00 | $4,379.07 | $4,379.07 | $294.03 |
| 4 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY Bank (WAL-MART) | 7100-000 | NA | $233.32 | $233.32 | $15.67 |
| 5 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY BANK (AMAZON.COM STORE CARD) | 7100-000 | $2,326.00 | $2,326.22 | $2,326.22 | $156.19 |
| 6 | COMENITY CAPITAL BANK C/O Weinstein & Riley P.S. | 7100-000 | $0.00 | $5,197.52 | $5,197.52 | $348.98 |
| N/F | Bank Of America | 7100-000 | $14,952.00 | NA | NA | NA |
| N/F | Chase Card | 7100-000 | $2,515.00 | NA | NA | NA |
| N/F | Citibank/The Home Depot | 7100-000 | $9,149.00 | NA | NA | NA |
| N/F | Great Heights Family Medicine | 7100-000 | $125.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$57,417.00** | **$36,107.68** | **$36,107.68** | **$2,424.42** |

**Form 1**

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 17-13855
**Case Name:** HACKER, JOHN R.
**For Period Ending:** 11/05/2018

**Trustee Name:** (330720) Richard M. Fogel
**Date Filed (f) or Converted (c):** 05/02/2017 (f)
**§ 341(a) Meeting Date:** 06/13/2017
**Claims Bar Date:** 11/15/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY<br>3620 W 115th St, Chicago, IL 60655- Single-family home: No equity for estate | 191,216.00 | 0.00 | | 0.00 | FA |
| 2 | AUTOMOBILES AND OTHER VEHICLES<br>1999 Mercury Mistic, 79000 miles: No equity for estate | 700.00 | 0.00 | | 0.00 | FA |
| 3 | AUTOMOBILES AND OTHER VEHICLES<br>2007 Chevy Aveo, 130000 miles: No equity for estate | 1,300.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHING<br>Used Furniture, Living room Set, Bedroom Set, Kid bedroom set, Table, Chairs, Microwave: Inconsequential value to estate | 800.00 | 800.00 | | 0.00 | FA |
| 5 | ELECTRONICS<br>2 Tv's: Inconsequential value to estate | 200.00 | 200.00 | | 0.00 | FA |
| 6 | WEARING APPAREL<br>Everyday Used clothes and shoes: Inconsequential value to estate | 300.00 | 300.00 | | 0.00 | FA |
| 7* | BANK ACCOUNTS<br>Checking: Chase (See Footnote) | 2,000.00 | 7,271.04 | | 3,400.00 | FA |
| 8* | BANK ACCOUNTS<br>Savings: Chase Bank (See Footnote) | 200.00 | 785.37 | | 0.00 | FA |
| 9 | PENSION PLANS AND PROFIT SHARING<br>401 (k) plan- EXEMPT | 10,000.00 | 0.00 | | 0.00 | FA |
| 9 | **Assets Totals (Excluding unknown values)** | **$206,716.00** | **$9,356.41** | | **$3,400.00** | **$0.00** |

RE PROP# 7   Debtor ordered to turnover non-exempt funds per o/c 8-21-17. Debtor ceased making payments. Further administration is burdensome to the estate.
RE PROP# 8   Debtor ordered to turnover non-exempt funds per o/c 8-21-17. Debtor ceased making payments. Further administration is burdensome to the estate.

**Major Activities Affecting Case Closing:**

3/31/18- Trustee was authorized to settle dispute with debtor regarding non-exempt property. Final installment payment is due February 2019.

**Initial Projected Date Of Final Report (TFR):** 06/30/2019     **Current Projected Date Of Final Report (TFR):** 08/23/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Form 2

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 17-13855 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | HACKER, JOHN R. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5196 | Account #: | ******2300 Checking |
| For Period Ending: | 11/05/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/29/17 | {7} | John R Hacker | Turnover of non-exempt funds per o/c 8/21/17 | 1129-000 | 1,000.00 | | 1,000.00 |
| 08/29/17 | {7} | John R Hacker | Turnover of non-exempt funds | 1129-000 | 1,000.00 | | 2,000.00 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,990.00 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,980.00 |
| 10/03/17 | {7} | John R Hacker | Installment payment per o/c 9-5-17 | 1129-000 | 350.00 | | 2,330.00 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,320.00 |
| 11/03/17 | {7} | John Hacker | Installment payment | 1129-000 | 350.00 | | 2,670.00 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,660.00 |
| 12/15/17 | {7} | John Hacker | Installment payment | 1129-000 | 350.00 | | 3,010.00 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,000.00 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,990.00 |
| 02/08/18 | 101 | International Sureties, Ltd. | 2018 bond premium #016073584 | 2300-000 | | 1.82 | 2,988.18 |
| 02/13/18 | {7} | John Hacker | Installment payment | 1129-000 | 350.00 | | 3,338.18 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,328.18 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,318.18 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,308.18 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,298.18 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,288.18 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,278.18 |
| 09/25/18 | 102 | Richard M. Fogel | Combined trustee compensation & expense dividend payments. | | | 853.76 | 2,424.42 |
| | | | Claims Distribution - Tue, 08-07-2018         $850.00 | 2100-000 | | | 2,424.42 |
| | | | Claims Distribution - Tue, 08-07-2018         $3.76 | 2200-000 | | | 2,424.42 |
| 09/25/18 | 103 | Discover Bank Discover Products | Distribution payment - Dividend | 7100-000 | | 1,270.98 | 1,153.44 |

Page Subtotals:    $3,400.00    $2,246.56

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                        ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 17-13855 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | HACKER, JOHN R. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5196 | Account #: | ******2300 Checking |
| For Period Ending: | 11/05/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Inc | paid at 6.71% of $18,929.18; Claim # 1; Filed: $18,929.18 | | | | |
| 09/25/18 | 104 | Midland Funding, LLC Midland Credit Management, Inc. as agent for Midland Funding, LLC | Distribution payment - Dividend paid at 6.71% of $5,042.37; Claim # 2; Filed: $5,042.37 | 7100-000 | | 338.57 | 814.87 |
| 09/25/18 | 105 | Midland Funding, LLC Midland Credit Management, Inc. as agent for Midland Funding, LLC | Distribution payment - Dividend paid at 6.71% of $4,379.07; Claim # 3; Filed: $4,379.07 | 7100-000 | | 294.03 | 520.84 |
| 09/25/18 | 106 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY Bank (WAL-MART) | Distribution payment - Dividend paid at 6.72% of $233.32; Claim # 4; Filed: $233.32 | 7100-000 | | 15.67 | 505.17 |
| 09/25/18 | 107 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY BANK (AMAZON.COM STORE CARD) | Distribution payment - Dividend paid at 6.71% of $2,326.22; Claim # 5; Filed: $2,326.22 | 7100-000 | | 156.19 | 348.98 |
| 09/25/18 | 108 | COMENITY CAPITAL BANK C/O Weinstein & Riley P.S. | Distribution payment - Dividend paid at 6.71% of $5,197.52; Claim # 6; Filed: $5,197.52 | 7100-000 | | 348.98 | 0.00 |
| | | **COLUMN TOTALS** | | | 3,400.00 | 3,400.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 3,400.00 | 3,400.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$3,400.00** | **$3,400.00** | |

**Form 2**

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 17-13855 | **Trustee Name:** | Richard M. Fogel (330720) | |
| **Case Name:** | HACKER, JOHN R. | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***5196 | **Account #:** | ******2300 Checking | |
| **For Period Ending:** | 11/05/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2300 Checking | $3,400.00 | $3,400.00 | $0.00 |
| | **$3,400.00** | **$3,400.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)